# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   IBEW Local 25 Health & Benefit Fund v. McKesson Corporation, et al.,<br>   No. 1:20-op-45037-DAP | MDL NO. 2804<br><br>Civ. No. 1:17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

## WALGREENS BOOTS ALLIANCE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreens Boots Alliance, Inc. respectfully submits this Corporate Disclosure Statement.

Walgreens Boots Alliance, Inc. does not have any parent corporation(s) and no publicly-held corporation owns 10% or more of Walgreens Boots Alliance, Inc.'s stock.

Dated:  February 24, 2021                        Respectfully submitted,

                                                           /s/ Kaspar J. Stoffelmayr

                                                           Kaspar J. Stoffelmayr
                                                           BARTLIT BECK LLP
                                                           54 West Hubbard Street
                                                           Chicago, Illinois 60654
                                                           Phone: (312) 494-4400
                                                           Fax: (312) 494-4440
                                                           E-mail: kaspar.stoffelmayr@bartlitbeck.com

                                                           *Attorney for Walgreens Boots Alliance, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of February 2021, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreens Boots Alliance, Inc.*